# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| STEVEN D. FODGE, ET AL. | CIVIL ACTION NO. 18-0386 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TRUSTMARK NATIONAL BANK, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that Defendant Trustmark's Motion for Judgment on the Pleadings (Record Document 140) is **GRANTED** and all of Plaintiff Fodge's claims are hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 4th day of April, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT